

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-13-00412-CR
### 02-13-00413-CR

RANDALL EVERETT TALKINGTON                           APPELLANT

V.

THE STATE OF TEXAS                                         STATE

----------

## FROM THE CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Notice Of And Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 24, 2013